UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| LUM JONES | * | CIVIL ACTION NO. 13-1111<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| WARDEN JERRY W. GOODWIN, ET. AL. | * | MAG. JUDGE KAREN L. HAYES |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion for class certification [doc. # 35] filed by pro se plaintiff Lum Jones is hereby DENIED.

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 11th day of September, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE