U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 4 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LUM JONES | CIVIL ACTION NO. 13-1111<br>Section P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN JERRY W. GOODWIN, ET. AL. | MAGISTRATE JUDGE HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion, [Doc. # 44], be **GRANTED IN PART**, and that Plaintiff's claim for monetary damages against all Defendants in their official capacities be **DISMISSED WITHOUT PREJUDICE** in their entirety.

IT IS FURTHER ORDERED that the following Defendants are terminated because they are not named in the amended Complaint: Warden John Does x2, medical director/coordinator, warden Jane Doe x1, mental health director, Warden Jane Doe x1, Entire Mental Health and Medical (Dental Department), Doctor Jane Doe x1, Nurses John Doe x2, E.M.T.(s) John Doe x2, Psychiatrist John Doe x1, Social Worker(s) John Does x2, Entire Classification Department (John Does x2 and Jane Doe x1), Entire Security Staff assigned to South Side Compound N-1, 2, 3, and 4, Captain John Does, Lt. John Does, Sgt. John Does, Robert Rachel, Angie Huff, Michele Dauzat, Paula Millwe, Gregory Seal, Steve Hayden, Mark Hunter, John Doe Jimerson, Arnold Henry, and Rufus McDonald.

IT IS FURTHER ORDERED that Defendants' Motion, [Doc. # 44], be otherwise **DENIED**.

THUS DONE AND SIGNED this 31 day of November, 2014, in Shreveport, Louisiana.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE