UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LUM JONES

CIVIL ACTION NO. 13-1111
Section P

VERSUS

JUDGE ELIZABETH E. FOOTE

WARDEN JERRY W. GOODWIN, ET.
AL.

MAGISTRATE JUDGE HAYES

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Garrett,

Terry Mitchell, Ladarius Wilson, Cliff Causey, Dedrick Blunt, Alfred Carter, and Gary Carter are

**DISMISSED.**

THUS DONE AND SIGNED this 31st day of March, 2015, in Shreveport, Louisiana.

Elizabeth E. Foote
United States District Judge